IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PAUL PARHAM                       :       CIVIL ACTION

        vs.                       :

EDWARD KLEM, et al.               :       NO. 05-CV-2211


ORDER

AND NOW, this  18ᵗʰ  day of May, 2006, upon consideration
of the Magistrate Judge's Report and Recommendation, the
Petitioner's Objections thereto and the response to Petitioner's
Objections, it is hereby ORDERED and DECREED:

    1.  Petitioner's Objections to the Magistrate Judge's
Report and Recommendation are overruled.

    2.  The Report and Recommendation is approved and
adopted.

    3.  The Petition for Writ of Habeas Corpus is denied and
dismissed.

    4.  There is no probable cause to issue a certificate of
appealability.

                            BY THE COURT:



                            s/J. Curtis Joyner
                            J. CURTIS JOYNER, J.